JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7181
Facsimile: (415) 436-6748
Email: victoria.carradero@us.doj.gov

Attorneys for Federal Defendant

ROBERT A. RING (CSBN 97850)
SUSAN H. GREEN (CSBN 101736)
Ring & Green
3435 Overland Ave.,
Los Angeles, CA 90034
Telephone: (310) 226-2550
Facsimile: (310) 226-2459

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA<br><br>        Defendant | NO. C 09-4510 PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Plaintiff Financial Indemnity Company and Federal Defendant the United States of America, by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the Case Management Conference ("CMC") in this matter is currently set for January 14, 2010 and a joint CMC statement is due on January 7, 2010.

WHEREAS, the United States Attorney's Office was recently served with a copy of the Complaint on December 28, 2010.

WHEREAS, the parties agree that the CMC should not be held until after the parties have had a reasonable opportunity to meet and confer regarding the CMC and the contents of the joint statement as required.

WHEREAS, the parties agree to continue the CMC to January 28, 2010 at 2:00 p.m. The joint CMC statement will be due on January 21, 2010.

**IT IS SO STIPULATED**

DATED: January 6, 2010                                     RING & GREEN

                                                          _____/s/_____
                                                          Susan H. Green
                                                          Attorneys for Plaintiff Financial
                                                          Indemnity Company


DATED: January 6, 2010                                     JOSEPH RUSSONIELLO
                                                          United States Attorney

                                                          _____/s/_____
                                                          Victoria R. Carradero
                                                          Assistant United States Attorney
                                                          Attorneys for Federal Defendant

**PURSUANT TO STIPULATION IT IS SO ORDERED.** The CMC in this matter is continued until January 28, 2010 at 2:00 p.m. A joint CMC statement is due on January 21, 2010.

DATED: 1/8/10

                                                          _____
                                                          The Honorable Phyllis J. Hamilton
                                                          United States District Judge

2