UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FINANCIAL INDEMNITY COMPANY

        Plaintiff(s),                               No.09-4510-PJH (EDL)

    v.                                      ORDER EXCUSING ATTENDANCE
                                             AT SETTLEMENT CONFERENCE

UNITED STATES

        Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated March 19, 2010, Plaintiff Financial Indemnity Company requests that Financial's adjuster be excused from personally appearing at the settlement conference scheduled for April 14, 2010. Defendant does not oppose Plaintiffs' request.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that the Plaintiff's adjuster be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on April 14, 2010.

IT IS SO ORDERED.

Dated: March 22, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge