Robert A. Ring, Bar No. 97850
Susan H. Green, Bar No. 101736
RING & GREEN
3435 Overland Avenue
Los Angeles, California 90034-5405
Telephone No.:    (310) 226-2550
Facsimile No.:    (310) 226-2459

Attorneys for Plaintiff Financial Indemnity Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, a ) <br> government entity; and DOES 1 through ) <br> 10, inclusive, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | CASE NO.: C-09-04510PJH (EDL) <br><br> Assigned:  Hon. Phyllis J. Hamilton <br> Courtroom: 3 <br><br> STIPULATION TO CONTINUE SETTLEMENT CONFERENCE, CASE MANAGEMENT CONFERENCE STATEMENT, AND CASE MANAGEMENT CONFERENCE RETURN DATES; ORDER THEREON <br><br> Current Settlement Conf.:     4/14/10 <br> Current CMC Statement <br> Date:                                        4/22/10 <br> Current CMC Date:               4/29/10 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Financial Indemnity Company, by and through its attorneys of record, Ring & Green, by Susan H. Green, Esq., and Federal Defendant United States of America, by and through its attorney of record, Victoria Carradero, Esq., that the Settlement Conference Date, that had been currently scheduled in this matter for April 14, 2010, be continued to June 17, 2010 at 9:30 a.m in Department E of the above-entitled court, and that the updated Case Management Conference Statement and Case Management Conference currently scheduled in this matter for April 22, 2010 and April 29, 2010,

respectively, be continued to a date at least one week after the Settlement Conference has been concluded, and preferably to July 1, 2010, and July 8, 2010, respectively.

This Stipulation is made and based on the following facts:

1. That Magistrate Judge Elizabeth D. Laporte, the Settlement Conference Judge, required all counsel to personally attend the April 14, 2010, Settlement Conference;

2. That on April 8, 2010, six days before the scheduled Settlement Conference, Susan H. Green of Ring & Green, the attorney handling this matter on Plaintiff's behalf, flew to Chicago to be with her gravely ill 19 year old daughter, who had been in and out of emergency rooms during the preceding three days;

3. That counsel's daughter ultimately was hospitalized in the Chicago area on April 10, 2010, and remained in the hospital until her discharge on April 15, 2010;

4. That as a result of her daughter's hospitalization and counsel's need to remain with her daughter, counsel was unable to attend the Settlement Conference in this matter that previously had been scheduled for April 14, 2010;

5. That Robert A. Ring, the only other attorney at Ring & Green, also was unable to attend the Settlement Conference on April 14, 2010, due to serious injuries that he sustained in a March 20, 2010, bicycle accident, which injuries, even as of this date, continue to preclude him from driving, traveling, or carrying any weight whatsoever;

6. That on April 12, 2010, Plaintiff's counsel's paralegal contacted both counsel for the Defendant United States of America and Judge Laporte's clerk to seek a continuance of the Settlement Conference due to the extenuating circumstances;

7. That the parties agreed to continue the Settlement Conference to a mutually agreeable date. After consultation with Judge Laporte's clerk, the parties have secured a settlement conference date of June 17, 2010;

8. That as this Court had requested the parties to attempt to settle this matter before Judge Laporte before conducting a further Case Management Conference herein, the parties respectfully submit that both the date for filing the Joint Case Management Statement and the date of the further Case Management Conferences should be continued to a date after the currently

1  scheduled June 17, 2010, Settlement Conference has taken place.

 2        WHEREFORE, all parties hereto respectfully request that this Court issue its Order
 3  pursuant to this Stipulation, continuing the Settlement Conference from April 14, 2010 to June 17,
 4  2010 at 9:30 a.m. in Department E of the above-entitled Court and further continue the date for
 5  filing the Joint Case Management Conference Statement from April 22, 2010, to a date after June
 6  17, 2010, and preferably to July 1, 2010, and further continue the Case Management Conference
 7  from April 22, 2010 to July 8, 2010.

                                     Respectfully submitted,

Dated: April 21, 2010           RING & GREEN

                                     By: /s/ Susan H. Green
                                          Susan H. Green
                                     Attorneys for Plaintiff Financial Indemnity Company

Dated: April 21, 2010           JOSEPH P. RUSSONIELLO
                                     United States Attorney

                                     By:/s/ Victoria R. Carradero
                                         Victoria R. Carradero
                                     Assistant United States Attorney
                                     Attorney for Federal Defendant United States of America

# ORDER

The Court having read and considered the Stipulation of the parties to continue the Settlement Conference, deadline for filing Joint Case Management Conference Statement and the further Case Management Conference and good cause appearing therefor,

IT IS HEREBY ORDERED that the Settlement Conference in this matter be, and hereby is continued from April 14, 2010, to June 17, 2010, at 9:30 a.m. in Department E of this Court.

IT IS FURTHER ORDERED that the updated Case Management Conference Statement in this matter be, and hereby is continued from April 22, 2010, to July 1, 2010.

IT IS FURTHER ORDERED that the Case Management Conference in this matter is continued from April 29, 2010, to July 8, 2010, at 2:00 p.m. ~~in Department of this Court~~.

DATED: April 27, 2010



THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

F:\USI1\United States.1\Stipulation-continue.wpd

4