1  JOSEPH RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CSBN 217885)
   Assistant United States Attorney
4
     450 Golden Gate Avenue, Box 36055
5    San Francisco, California 94102
     Telephone: (415) 436-7181
6    Facsimile:  (415) 436-6748
     Email: victoria.carradero@usdoj.gov
7
   Attorneys for Federal Defendant
8

9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                               OAKLAND DIVISION

13  FINANCIAL INDEMNITY COMPANY,  )
                                  )   NO. C 09-4510 PJH
14             Plaintiff,         )
                                  )   **STIPULATION OF CONDITIONAL**
15       v.                       )   **DISMISSAL AND [PROPOSED] ORDER**
                                  )
16  UNITED STATES OF AMERICA, a   )
    government entity; and DOES 1 though )
17  10, inclusive,                )
                                  )
18             Defendants         )
                                  )
19                                )
    _____)
20

STIPULATION OF CONDITIONAL DISMISSAL AND [PROPOSED] ORDER
NO. C 09-4510 PJH                                                        0

Plaintiff FINANCIAL INDEMNITY COMPANY ("Plaintiff") and Defendant UNITED STATES OF AMERICA ("Federal Defendant"), by and through their undersigned counsel, hereby stipulate to the conditional dismissal with prejudice of all claims in this lawsuit *Financial Indemnity Company v. United States of America, a government entity; and DOES 1 though 10, inclusive*, U.S. District Court Northern District of California Case No. C 09-4510 PJH. Each side will bear its own attorneys' fees, expenses, and costs.

This dismissal is conditioned upon the finalization of a written settlement agreement, which is expected to occur shortly, and payment of the settlement amount.

LAW OFFICES OF RING AND GREEN

Dated: July 7, 2010

    /s/
SUSAN GREEN
Attorney for Plaintiff

Dated: July 7, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

    /s/
VICTORIA R. CARRADERO
Attorney for Federal Defendant

**PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT, IT IS APPROVED AND SO ORDERED:**

Dated: 7/8/10



PHYLLIS J. HAMILTON
United States District Judge

STIPULATION OF CONDITIONAL DISMISSAL AND [PROPOSED] ORDER
NO. C 09-4510 PJH