```
 1  JOSEPH RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  VICTORIA R. CARRADERO (CSBN 217885)
    Assistant United States Attorney
 4
      450 Golden Gate Avenue, Box 36055
 5    San Francisco, California 94102
      Telephone:  (415) 436-7181
 6    Facsimile:   (415) 436-6748
      Email: victoria.carradero@usdoj.gov
 7
    Attorneys for Federal Defendant
 8
 9
10                      UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                            OAKLAND DIVISION
13  FINANCIAL INDEMNITY COMPANY, )
                                 )   NO. C 09-4510 PJH
14           Plaintiff,          )
                                 )   STIPULATION OF DISMISSAL AND
15       v.                      )   [PROPOSED] ORDER
                                 )
16  UNITED STATES OF AMERICA, a  )
    government entity; and DOES 1 though )
17  10, inclusive,               )
                                 )
18           Defendants          )
                                 )
19                               )
                                 )
20
```

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
NO. C 09-4510 PJH                                                      0

Plaintiff FINANCIAL INDEMNITY COMPANY ("Plaintiff") and Defendant UNITED STATES OF AMERICA ("Federal Defendant"), by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims in this lawsuit *Financial Indemnity Company v. United States of America, a government entity; and DOES 1 though 10, inclusive*, U.S. District Court Northern District of California Case No. C 09-4510 PJH. Each side will bear its own attorneys' fees, expenses, and costs.

LAW OFFICES OF RING AND GREEN

Dated: July 15, 2010
    /s/
SUSAN GREEN
Attorney for Plaintiff

Dated: July 15, 2010
JOSEPH P. RUSSONIELLO
United States Attorney

    /s/
VICTORIA R. CARRADERO
Attorney for Federal Defendant

**PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT, IT IS APPROVED AND SO ORDERED:**

Dated: 8/4/10

PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
NO. C 09-4510 PJH

1